## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ROBERT J. STEVENS,                    :
                                      :
          Petitioner,                 :
                                      :
     v.                               :     No. 4:15-CV-1929
                                      :
SUPERINTENDENT ECKARD,                :     (Judge Brann)
                                      :
          Respondent.                 :

### ORDER

**AND NOW**, this 12ᵗʰ  day of July 2018, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1.   The claims of ineffective assistance by PCRA counsel and interference by prison officials (Ground Five)  are **DISMISSED**.

2.   Petitioner's request that disposition of his pending habeas corpus action be stayed is **GRANTED** with respect to the remaining portion of the petition.

3.   Adjudication of Stevens' surviving federal habeas corpus claims is **STAYED**.

4.   Within thirty (30) days of the termination of Petitioner's  attempt to obtain state court review of his pending unexhausted claims, he is directed to file a written notification with this Court.

5.     For administrative purposes only, the Clerk of Court is directed to mark this matter **CLOSED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge